PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
Jennifer E. LaGrange
Assistant United States Attorney
California State Bar No. 238984
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jennifer.lagrange@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Jedidiah Michael Noble, <br><br> Defendant. | No. **CR-21-08012-PCT-MTL (MHB)** <br><br> **I N D I C T M E N T** <br><br> VIO: 18 U.S.C. §§ 1153 and 1111 <br> (CIR-First Degree Murder) <br> Count 1 |

**THE GRAND JURY CHARGES:**

On or about January 13, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, JEDIDIAH MICHAEL NOBLE, an Indian, with premeditation and with malice aforethought, did unlawfully kill R.W.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 23, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

/s/
JENNIFER E. LAGRANGE
Assistant U.S. Attorney